USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                                            Plaintiff,

           -against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                                          Defendants.

    and,

  SHOPLINK, Inc.

                               Nominal Defendant.

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

-----------------------------------------------------------------X

-----------------------------------------------------------------X
DIMITRY KHMALADZE, and ITADAPTER CORPORATION, INC.,

                                          Plaintiffs,

          -against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

                                          Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

      On February 28, 2020, the Court directed Aum Code LLC, IT Adapter LLC, and ShopLink Inc. (the "Corporate Defendants") to submit any order to show cause to vacate their default by March 5, 2020. Case No. 16-cv-7203, Dkt. No. 239; Case No. 16-cv-8029, Dkt. No. 122. On March 5, 2020, the Corporate Defendants filed on ECF a proposed order to show cause in each action. Case No. 16-cv-7203, Dkt. No. 240; Case No. 16-cv-8029, Dkt. No. 123.

Corporate Defendants failed to comply with Rule 4(c) of the Court's Individual Rules of Practice in Civil Cases and Attachment A thereto, which require, among other things, that a party proposing an order to show cause call the Court to schedule a time to bring all necessary papers to Chambers in person. Therefore, Court will take no action on the proposed orders to show cause until Defendants comply with Rule 4(c) and Attachment A.

The Clerk of Court is directed to terminate the motions pending at Case No. 16-cv-7203, Dkt. No. 240 and Case No. 16-cv-8029, Dkt. No. 123. The Clerk of Court is also directed to mail a copy of this order to Mikhail Vorotyntsev and Elena Vorotyntsev.

SO ORDERED.

Dated: March 6, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge