USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                          Plaintiff,

-against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                          Defendants.

and,

SHOPLINK, Inc.

                        Nominal Defendant.

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

-------------------------------------------------------------------X

-------------------------------------------------------------------X

DIMITRY KHMALADZE, and IT ADAPTER CORPORATION, INC.,

                        Plaintiffs,

-against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

                        Defendants.

-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       On January 29, 2021, the Court held a conference in these matters. For the reasons stated on the record, Franklin Jason Seibert's and Jeffrey Kevin Davis' motions to withdraw as counsel, Case No. 1:16-cv-7203-GHW, Dkt. Nos. 305, 321; Case No. 1:16-cv-8209-GHW, Dkt. No. 200, are GRANTED.

These cases are stayed until March 2, 2021 to allow the Corporate Defendants to search for and retain substitute counsel. If counsel does not file a notice of appearance on behalf of the Corporate Defendants by that date, the Court may find the Corporate Defendants in default.

The February 1, 2021 deadline for the parties to submit a joint status letter and for the parties to submit a pre-motion letter regarding any proposed motions for summary judgment is extended to March 9, 2021. The status conference scheduled for February 10, 2021 is adjourned to March 16, 2021 at 2:00 p.m.

The Clerk of Court is instructed to terminate Franklin Jason Seibert, Jeffrey Kevin Davis, and Michael Louis Braunstein from the list of active counsel in this case. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 308 in Case No. 1:16-cv-7203-GHW.

SO ORDERED.

Dated: January 31, 2021

GREGORY H. WOODS
United States District Judge