```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DMITRIY KHMALADZE, and ITADAPTER
CORPORATION, INC.,

                    Plaintiff,

-against-

MIKHAIL VOROTYNTSEV, AUM CODE, LLC,
IT ADAPTER, LLC, and SHOPLINK, INC.,

                    Defendants.
------------------------------------------------------------- X

1:16-cv-8029-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court will hold a status conference with respect to Plaintiffs' motion to set aside their default, Dkt. No. 222, by telephone on October 5, 2021 at 1:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

Plaintiffs are directed to email a copy of this Order to Defendant Mikhail Vorotyntsev.

SO ORDERED.

Dated: September 23, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge