```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DMITRIY KHMALADZE, and ITADAPTER  :
CORPORATION, INC.,                :
                                  :
                      Plaintiff,  :        1:16-cv-8029-GHW
                                  :
          -against-               :        ORDER
                                  :
MIKHAIL VOROTYNTSEV, AUM CODE, LLC, :
IT ADAPTER, LLC, and SHOPLINK, INC., :
                                  :
                      Defendants. :
                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court held a conference on October 5, 2021 to discuss Plaintiffs' motion to set aside their default. Dkt. No. 222. For the reasons stated on the record, that request is GRANTED. The Court will therefore accept Plaintiffs' answers to the counterclaims filed on July 15, 2021 at Dkt. Nos. 219 and 220. As discussed at the conference, the parties are directed to file a joint letter proposing a briefing schedule for the parties' motions for summary judgment by no later than October 8, 2021.

Plaintiff is directed to email a copy of this order to Defendant Mikhail Vorotyntsev.

The Clerk of Court is directed to mail a copy of this order by certified mail to Defendant Mikhail Vorotyntsev.

SO ORDERED.

Dated: October 5, 2021
New York, New York                          _____
                                              GREGORY H. WOODS
                                              United States District Judge