USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                                          Plaintiff,

-against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                                          Defendants.

and,

SHOPLINK, Inc.

                                Nominal Defendant.

------------------------------------------------------------------X

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

------------------------------------------------------------------X

DIMITRY KHMALADZE, and ITADAPTER CORPORATION, INC.,

                                          Plaintiffs,

-against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

                                          Defendants.

------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On March 25, 2020, the Court held a teleconference regarding the potential vacatur of the defaults entered against Aum Code LLC, IT Adapter LLC, and ShopLink, Inc. (the "Corporate Defendants") in the *Khmaladze* action, Case No. 1:16-cv-8029, and against ShopLink, Inc. in the *Tatintsian* action, Case No. 1:16-cv-7203. For the reasons stated on the record during the

teleconference, the Court has found that vacatur of the defaults is warranted, subject to the following condition:  In each action, the vacatur of default is conditioned upon the reimbursement by the Corporate Defendants of the reasonable attorneys' fees and costs accrued in connection with the default judgment and vacatur proceedings by the plaintiffs in each of the two actions listed in the caption of this order.  Counsel for those parties are directed to file their respective applications for the reimbursement of reasonable attorneys' fees and costs by no later than April 8, 2020.  The Corporate Defendants' response to those applications is due no later than April 15, 2020.

Counsel for the Corporate Defendants is directed to serve a copy of this order on each of Mr. and Mrs. Vorotyntsev, and to file proof of service.

SO ORDERED.

Dated:  March 30, 2020

_____
GREGORY H. WOODS
United States District Judge