USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
DMITRIY KHMALADZE, *et al.*, :
:
                                        Plaintiffs, :            1: 16-cv-08029-GHW
:
            -v - :            ORDER
:
MIKHAIL VOROTYNTSEV, *et al.*, :
:
:
                                    Defendants. :
:
---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Any opposition to the motion by Defendants Aum Code LLC, IT Adapter LLC, and Shoplink Inc. for reconsideration of the Court's summary judgment order as to certain counterclaims, Dkt. No. 292, must be filed no later than September 3, 2024. Any reply is due no later than September 10, 2024.

      The Clerk of Court is directed to mail a copy of this order to Defendant Mikhail Vorotyntsev by certified mail.

      SO ORDERED.

Dated: August 21, 2024
New York, New York

                                              GREGORY H. WOODS
                                         United States District Judge