USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
DMITRIY KHMALADZE, *et al.*, :
:
                         Plaintiffs, :      1:16-cv-08029-GHW
:
      -v - :      ORDER
:
MIKHAIL VOROTYNTSEV, *et al.*, :
:
                        Defendants. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the conference held on August 20, 2024, any request to consolidate this case for trial with *Tatintsian v. Vorotyntsev et al.*, 1:16-cv-07203-GHW, must be presented to the Court by letter motion no later than September 4, 2024; any letters in opposition are due no later than September 14, 2024; and any reply is due no later than September 18, 2024.

    The Clerk of Court is directed to mail a copy of this order to Defendant Vorotyntsev by certified mail.

    SO ORDERED.

Dated: August 20, 2024
New York, New York

                                                    GREGORY H. WOODS
                                                United States District Judge