**Allegaert Berger & Vogel LLP**

ATTORNEYS

11 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

Partha P. Chattoraj
Direct: 212.616.7076
pchattoraj@abv.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025

# MEMORANDUM ENDORSED

April 28, 2025

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

*Khmaladze et al. v. Vorotyntsev et al.*, No. 16-cv-8029 (GHW) (S.D.N.Y.)

Dear Judge Woods:

    I represent Plaintiffs-Counterclaim Defendants Dmitriy Khmaladze and ITAdapter Corporation, Inc. ("Plaintiffs") in the above-captioned action. I am in receipt of the Court's order, issued at 10:36 AM today (ECF Doc. No. 311), scheduling a telephonic conference on Wednesday, April 30, 2025 at 10:00 AM to address the Motion to Withdraw as Attorney filed by Robert G. Leino, Esq. on April 25, 2025 (ECF Doc. No. 309).

    Pursuant to Section 1(E) of the Court's Individual Rules of Practice in Civil Cases, I respectfully request an adjournment of this conference. On April 30, 2025 at 10:00 AM, I will be defending a party deposition in person in Stamford, Connecticut in a multi-party action in which the deposition cannot be adjourned. The deposition has been scheduled to potentially continue on Thursday, May 1, 2025. Accordingly, I would be available anytime on May 2, May 5, or May 6, 2025. I would also be available any time after 10:00 AM on Wednesday, May 7, 2025.

    I left a voicemail for Mr. Leino at 1:38 PM to request his consent, but I have not heard back, and I thought it important to file this letter as soon as possible. I thank the Court for its consideration of this request.

Respectfully,

*Partha P. Chattoraj*

Partha P. Chattoraj

cc: Robert G. Leino, Esq. (via ECF and email)
     Mikhail Vorotyntsev (via email)

Application granted. The conference scheduled for April 30, 2025 is adjourned to May 2, 2025 at 1:00 p.m. Attorney Robert G. Leino is directed to serve a copy of this order on Mr. Vorotyntsev. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 313.

SO ORDERED.

Dated: April 29, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge