```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
GARY TATINTSIAN,                                              :
                                                              :
                              Plaintiff,                      :    1:16-cv-7203-GHW
                                                              :
            -v-                                               :    1:16-cv-8029-GHW
                                                              :
MIKHAIL VOROTYNTSEV,                                          :    ORDER
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X
------------------------------------------------------------- X
                                                              :
DMITRIY KHMALADZE, *et al.*,                                  :
                                                              :
                              Plaintiffs,                     :
                                                              :
            -v-                                               :
                                                              :
MIKHAIL VOROTYNTSEV, *et al.*,                                :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

By letter dated July 8, 2025, counsel for Mr. Vorotyntsev, Shoplink, Inc., IT Adapter LLC, and AUM Code LLC responded to the Court's order to show cause why the *Khmaladze v. Vorotyntsev* case should not be dismissed for failure to prosecute. No. 16-cv-8029, Dkt. No. 355. Counsel asserts that he was retained on July 7, 2025, the day before a response to the order to show cause was due. *See id.* Counsel requests an extension of time to submit a letter regarding how to proceed in the *Khmaladze* matter, which, as he acknowledges, has proceeded for nine years and is ready for trial. *See id.* Rather than accept a written submission, the Court will hold a conference on July 14, 2025 at 1:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York

10007 to discuss how to proceed in the *Khmaladze v. Vorotyntsev* matter and to schedule trial. All other scheduled conferences, dates, and deadlines in the *Khmaladze v. Vorotyntsev* matter are adjourned *sine die*, and the stay of the case is lifted. The parties in the *Tatintsian v. Vorotyntsev* matter—Mr. Vorotyntsev, *pro se*, and counsel for Mr. Tatintsian—are ordered to attend the July 14, 2025 conference.

The Clerk of Court is directed to note on the docket of *Khmaladze v. Vorotyntsev*, No. 16-cv-8029, that the stay is lifted.

SO ORDERED.

Dated: July 9, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge