```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DMITRIY KHMALADZE,                              :
                                                :
                           Plaintiff,           :
                                                :         1:16-cv-8029-GHW
              -v -                              :
                                                :         ORDER
MIKHAIL VOROTYNTSEV, *et al.*,                  :
                                                :
                           Defendants.          :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on **Monday, July 13, 2026 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Friday, June 12, 2026, at 10:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The parties are directed to submit the following materials no later than April 13, 2026: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements. For examples of proposed jury instructions submissions that conform to the Court's Individual Rules, the Court directs the parties to *State Street Global Advisors Trust Company v. Misbal*, 1:19-cv-1719, Dkt No. 478, and *Citgo Petroleum Corporation v. Ascot Underwriting Limited*, 1:21-cv-389, Dkt. No. 203.

As discussed in the conference held on October 27, 2025, the Court will not act on the submissions made by Mr. Vorotyntsev on behalf of the corporate entities in this case. Accordingly, the Clerk of Court is directed to terminate the motion pending at Dkt. No. 361.

SO ORDERED.

Dated: October 27, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge