USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
DMITRIY KHMALADZE,                                          :
                                                           :
                                      Plaintiff,           :
                                                           :            1:16-cv-8029-GHW
                   -v -                                     :
                                                           :            ORDER
MIKHAIL VOROTYNTSEV, *et al.*,                             :
                                                           :
                                      Defendants.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 11, 2026, Defendant Mikhail Vorotyntsev filed a motion on the docket of this case.  Dkt. No. 392.  The Clerk of Court is directed to strike that entry from the docket.

The only claims that remain in this case are the counterclaims of Defendants Aum Code LLC, IT Adapter LLC, and Shoplink Inc. (the "Corporate Defendants").  Mr. Vorotyntsev cannot represent the Corporate Defendants.  Any filing on behalf of those Defendants must be made by an attorney qualified to practice before this Court.  On October 27, 2025, Mr. William Allinson Thomas appeared in this case on behalf of the Corporate Defendants.  Dkt. No. 377.  He remains counsel of record for those entities.  Accordingly, Mr. Vorotyntsev's filings must be stricken.

The Court expects that the parties will submit pretrial materials for the trial set to begin on July 13, 2026 in full compliance with the Court's Individual Rules of Practice in Civil Cases no later than April 13, 2026.  Dkt. No. 378.

The Clerk of Court is directed to strike the entry at Dkt. Nos. 392 from the docket.

SO ORDERED.

Dated:  March 12, 2026
New York, New York                                  _____
                                                         GREGORY H. WOODS
                                                        United States District Judge