**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DMITRIY KHMALADZE, *et al.,*

                            Plaintiffs,

        -against-                                    16 **CIVIL** 8029 (GHW)

                                                     **JUDGMENT**

MIKHAIL VOROTYNTSEV, *et al.,*

                           Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated April 24, 2026, Mr. Vorotyntsev's motion to substitute is DENIED and the Corporate Entities' remaining counterclaims are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Judgment entered for Plaintiffs on Counts Two, Five, and Six of their complaint. For Plaintiffs on Mr. Vorotyntsev's sole counterclaim. For Plaintiffs on all of Shoplink Inc., AUM Code LLC, and ITAdapter LLC's counterclaims; accordingly, the case is closed.

**Dated:** New York, New York.

      April 27, 202

                                      **TAMMI M. HELLWIG**

                                    _____
                                        **Clerk of Court**

                       **BY:**

                                    _____
                                       **Deputy Clerk**