UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2026

-----------------------------------------------------------------X

DMITRIY KHMALADZE,                          :
                                            :
                           Plaintiff,       :
                                            :                1:16-cv-8029-GHW
          -v -                              :
                                            :                ORDER
MIKHAIL VOROTYNTSEV, *et al.*,              :
                                            :
                          Defendants.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 27, 2026, the Clerk entered judgment in this case. Dkt. No. 410. Mr. Vorotyntsev appealed the same day. Dkt. No. 411. He also requested leave to proceed *in forma pauperis* on appeal. That request is denied.

As with Mr. Vorotyntsev's request to proceed *in forma pauperis* in the case captioned 1:16-cv-7203 (the "Tatintsian Action"), the Court does not find that any appeal would be in good faith because he does not identify any non-frivolous bases for appeal. In each of the orders that Mr. Vorotyntsev now seeks to appeal, the Court certified that, pursuant to 28 U.S.C. § 1915(a)(3), no appeal would be taken in good faith. Those certifications were based on the Court's review of the issues considered in its orders that Mr. Vorotyntsev now seeks to appeal. Mr. Vorotyntsev's request does not identify any reason to deviate from the Court's prior certifications. The Court has reviewed the eight bases Mr. Vorotyntsev identifies in his request. *See* Dkt. No. 412 at 6–11. None constitute a good faith basis to appeal the Court's decisions. Accordingly, Mr. Vorotyntsev's request to proceed *in forma pauperis* must be denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Defendant..

SO ORDERED.

Dated:  May 5, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2